BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LOYE and KENNETH LOYE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | 1:10-cv-01581-LJO-GSA<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLEADINGS AND SCHEDULING CONFERENCE DATE; [PROPOSED] ORDER RE SAME** |

　　　　Plaintiffs Susan Loye and Kenneth Loye ("Plaintiffs"), and Defendant United States of America ("United States") stipulate, by and through the undersigned counsel, to extend the deadline for United States to respond to the Complaint to and including December 15, 2010.

　　　　The parties further agree to continue the date of the scheduling conference currently set for December 14, 2010, at 9:00 a.m. in Courtroom 10 of the above-entitled court to January 10, 2011 at 10:00 a.m. in Courtroom 10.

　　　　The parties base this stipulation on good cause, which includes the need for United States to review the allegations in the Complaint and respond accordingly. The parties agree that this short extension of time for the United States to respond will not cause any prejudice to the parties as this action was recently commenced.

　　　　Accordingly, the parties stipulate and agree to continue the time for the United States to file a responsive pleading to the Complaint and to continue the scheduling conference as

///

specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| United States' response to Complaint | November 15, 2010 | **December 15, 2010** |
| Scheduling Conference | December 14, 2010 @9:00 a.m. Dept. 10 | **January 10, 2011** @10:00 a.m. Dept. 10 |

Respectfully submitted,

Dated: November 10, 2010

BENJAMIN B. WAGNER

United States Attorney

By:  /s/Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

Dated: November 10, 2010

Walkup, Melodia, Kelly & Schoenberger

 /s/Conor M. Kelly
Michael A. Kelly, Esq.
Conor M. Kelly
Attorneys for Plaintiffs

IT IS SO ORDERED.

**Dated:  November 10, 2010**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLEADINGS AND SCHEDULING CONFERENCE DATE; [PROPOSED] ORDER RE SAME**