BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LOYE and KENNETH LOYE, | 1:10-cv-01581-LJO-GSA |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE NON-DISPOSITIVE MOTION DEADLINE** |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs Susan Loye and Kenneth Loye ("Plaintiffs") and Defendant United States of America ("Defendant"), by and through their respective counsel of record, stipulate to extend the date for filing non-dispositive motions, currently set for November 21, 2011, to December 5, 2011, as specifically set forth below.

The parties base this stipulation on good cause as the parties extended the expert discovery cut-off to allow for a ruling on Defendant's Motion to Dismiss currently set for hearing on October 11, 2011. No other dates in this action are affected by this brief extension of the filing deadline.

///

///

///

1   For the reasons set forth herein, the parties therefore stipulate and agree to continue the

2   filing deadline for non-dispositive motions to December 5, 2011.  The parties request the court

3   endorse this stipulation by way of formal order.

|   | Old Date | **New Date** |
|---|---|---|
| Deadline for Filing Non-Dispositive Motions | November 21, 2011 | **December 5, 2011** |

Respectfully submitted,

Dated: August 30, 2011              Dated: August 29, 2011

BENJAMIN B. WAGNER              WALKUP, MELODIA, KELLY &
United States Attorney              SCHOENBERGER


(As authorized 08/29/11)
 /s/Alyson A. Berg                /s/ Douglas S. Saeltzer
ALYSON A.BERG                DOUGLAS S. SAELTZER
Attorneys for Defendant              Attorneys for Plaintiffs
United States of America

**ORDER**

Upon a review of the stipulation, the request to extend the non-dispositive motion deadline is hereby granted.

IT IS SO ORDERED.

Dated:   **August 30, 2011**              /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE