LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
DOUGLAS S. SAELTZER (State Bar #173088)
CONOR M. KELLY (State Bar #264585)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LOYE and KENNETH LOYE,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 1:10-CV-01581-LJO-GSA<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER** |

   Plaintiffs SUSAN LOYE and KENNETH LOYE and defendant UNITED STATES OF AMERICA hereby agree to and respectfully request the below modifications to this Court's Scheduling Conference Order of January 11, 2011 (Docket Entry 13). The parties hereby stipulate to the following and contend that there is good cause for each:

   1.   The Settlement Conference be moved from September 7, 2011 to September 30, 2011 at 10:30 a.m.

STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER - CASE NO. 1:10-CV-01581-LJO-GSA

Respectfully submitted,

FOR PLAINTIFFS:                                         Walkup, Melodia, Kelly & Schoenberger

Dated: August 29, 2011                                  /s/ Douglass Saeltzer

                                                      DOUGLASS S. SAELTZER
                                                      Attorneys for Plaintiff

FOR DEFENDANT:

Date: August 30, 2011                                   BENJAMIN B. WAGNER
                                                      United States Attorney

                                           By:      /s/ Alyson A. Berg

                                                      ALYSON A. BERG
                                                      Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

    Dated:   **September 1, 2011**                              **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER - CASE NO. 1:10-CV-01581-LJO-GSA