BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LOYE and KENNETH LOYE, | 1:10-cv-01581-LJO-GSA |
| Plaintiffs, | **STIPULATION TO CONTINUE DEFENDANT UNITED STATES' MOTION TO DISMISS; ORDER** |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs Susan Loye and Kenneth Loye ("Plaintiffs") and Defendant United States of America ("Defendant"), stipulate to continue the hearing on Defendant's Motion to Dismiss currently set for October 11, 2011 at 8:30 a.m. to October 18, 2011 at 8:30 a.m. as specifically set forth below.

The parties base this stipulation on good cause as the United States seeks an additional week to respond to the issues in the Opposition. No other dates in this action are affected by this brief extension of the hearing.

For the reasons set forth herein, the parties therefore stipulate and agree to continue the hearing on Defendant's Motion to Dismiss as specified below. The parties request the court endorse this stipulation by way of formal order.

///

|   | Old Date | **New Date** |
|---|---|---|
| Hearing on Motion to Dismiss | October 11, 2011 | **October 18, 2011 @8:30 a.m.** |

Respectfully submitted,

Dated: September 29, 2011                    Dated: September 29, 2011

BENJAMIN B. WAGNER                         WALKUP, MELODIA, KELLY &
United States Attorney                             SCHOENBERGER

(As authorized 09/29/11)
/s/Alyson A. Berg                                    /s/Douglas S. Saeltzer
ALYSON A.BERG                                     DOUGLAS S. SAELTZER
Attorneys for Defendant                          Attorneys for Plaintiffs
United States of America

**ORDER**

Pursuant to its practice, this Court will consider the Government's motion to dismiss on the record without a hearing. As such, this Court VACATES the October 11, 2011 hearing and ORDERS the Government, no later than October 11, 2011, to file and serve reply papers which only respond to matters existing in the pending record. This Court will not consider matters first raised in the reply papers and limits the Government's reply points and authorities to 10 pages. IT IS SO ORDERED.

**Dated:   September 29, 2011            /s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE DEFENDANT UNITED STATES'
MOTION TO DISMISS; [PROPOSED] ORDER**